ZA:DMP
F. #2009R00409

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. 15-124 (NGG) |
| SADDIQ AL-ABBADI,<br>    also known as "Sufiyan al Yemeni"<br>    and "Sufwan," | (T. 18, U.S.C., §§ 924(c)(1)(A)(i),<br>924(c)(1)(B)(ii), 2332(b)(2), 2339B(a)(1),<br>2339B(d), 2 and 3551 et seq.) |
| Defendant. | |

- - - - - - - - - - - - - - -X

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Murder United States Nationals Abroad)

1.      In or about and between September 2005 and February 2009, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant SADDIQ AL-ABBADI, also known as "Sufiyan al Yemeni" and "Sufwan," together with others, did knowingly and intentionally and with malice aforethought conspire to kill one or more nationals of the United States, to wit: United States military personnel, while such nationals of the United States were outside of the United States, which killings would have constituted murder as defined in Title 18, United States Code, Section 1111(a).

2.      In furtherance of the conspiracy and to effect its objects, the defendant SADDIQ AL-ABBADI, together with others, knowingly committed and caused to be committed, among others, the following:

2

## OVERT ACTS

a.  In or about and between September 2005 and March 2007, both dates being approximate and inclusive, the defendant SADDIQ AL-ABBADI, together with others, engaged in attacks against the United States military in Iraq;

b.  In or about and between January 2008 and April 2008, both dates being approximate and inclusive, the defendant SADDIQ AL-ABBADI, together with others, traveled within the Federally Administered Tribal Areas of Pakistan for the purpose of fighting with al-Qaeda against the United States military; and

c.  In or about and between May 2008 and June 2008, both dates being approximate and inclusive, the defendant SADDIQ AL-ABBADI, together with others, traveled from Pakistan to Ghazni, Afghanistan, for the purpose of fighting and killing members of the United States military.

(Title 18, United States Code, Sections 2332(b)(2) and 3551 et seq.)

## COUNT TWO
(Provision and Attempted Provision of Material
Support to a Foreign Terrorist Organization)

3.  In or about and between September 2005 and February 2009, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant SADDIQ AL-ABBADI, also known as "Sufiyan al Yemeni" and "Sufwan," together with others, did knowingly and intentionally provide and attempt to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including

3

services and personnel, including himself and others, to a foreign terrorist organization, to wit: al-Qaeda.

(Title 18, United States Code, Sections 2339B(a)(1), 2339B(d), 2 and 3551 et seq.)

## COUNT THREE
(Conspiracy to Provide Material Support
to a Foreign Terrorist Organization)

4.  In or about and between September 2005 and February 2009, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant SADDIQ AL-ABBADI, also known as "Sufiyan al Yemeni" and "Sufwan," together with others, did knowingly and intentionally conspire to provide material support and resources, as defined in Title 18, United States Code, Section 2339A(b), including services and personnel, including himself and others, to a foreign terrorist organization, to wit: al-Qaeda.

(Title 18, United States Code, Sections 2339B(a)(1), 2339B(d) and 3551 et seq.)

## COUNT FOUR
(Unlawful Use of Firearms)

5.  In or about and between September 2005 and February 2009, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendant SADDIQ AL-ABBADI, also known as "Sufiyan al Yemeni" and "Sufwan," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to one or more crimes of violence, to wit: the crimes charged in Counts

4

One, Two and Three, and did knowingly and intentionally possess such firearms in furtherance of said crimes of violence, one or more of which firearms was a machinegun.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(B)(ii), 2 and 3551 et seq.)


_____
KELLY T. CURRIE
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2009R00409

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

Saddiq al-Abbadi, also known as "Sufiyan al Yemeni" and "Sufwan,"

Defendant.

# INFORMATION

(T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(c)(1)(B)(ii), 2332(b)(2), 2339B(a)(1), 2339B(d), 2 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Douglas M. Pravda, Assistant U.S. Attorney (718) 254-6268*