**DOCKET NUMBER:  CR 15-124 (NGG)**

CRIMINAL CAUSE FOR GUILTY PLEA

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

**BEFORE JUDGE**: <u>GARAUFIS</u>  **DATE**: MAY 26, 2015  **TIME IN COURT** __ **HRS**  60   **MINS**
@ 2:30 PM.

**1. DEFENDANT**: SADDIQ AL-ABBADI

Present X   Not Present        Custody X    Not Custody

**DEFENSE COUNSEL**: WILLIAM STAMPUR
  FEDERAL DEFENDER:        CJA:  X        RETAINED:

**2. DEFENDANT:**
Present   Not Present       Custody      Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:     CJA:    RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody       Not Custody**

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:  CJA:    RETAINED:**


**A.U.S.A.**: DOUGLAS PRAVDA / ZAINAB AHMED / MICHAEL CANTY


**COURT REPORTER: LISA SCHMID**
**INTERPRETER**: NOUREDDINE CHARIF    **LANGUAGE: ARABIC**

| | | |
|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered)  ☐ Revocation of Probation contested | |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Appeal | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| ☐ | Status Conference | ☐ Sentencing |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ | Voir Dire Begun | ☐ Oral Argument |
| ☐ | Voir Dire Held     Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty  ☐  Sentence enhancement Phase | ☐   Bench Trial Begun |

**Speedy Trial Start:  Speedy Trial Stop:   CODE TYPE**: XT
**Do these minutes contain ruling(s) on motion(s)?**      YES                 NO    X

THE DEFENDANT PLEADS GUILTY TO COUNTS 1, 2, 3 & 4 OF THE INFORMATION.  SENTENCING IS SCHEDULED FOR FRIDAY, SEPTEMBER 25, 2015 AT 11:00 AM.